**Order entered January 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00055-CV

### B.J. STRATTON AND KENNETH STRATTON, Appellants

### V.

### RITA ROBINS, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11516**

## ORDER

This is an appeal from a judgment following a bench trial conducted in the above referenced cause on October 16-17, 2018. Volume 5 of the reporter's record from the trial shows that Court's Exhibit No. 1 is a videotaped deposition of appellee Rita Robins. The reporter's record also states that the exhibit is "located at the end of all the exhibits." Our record does not, however, contain the videotaped deposition. Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter of the 193rd Judicial District Court in Dallas County, Texas, to file a supplemental reporter's record including Court's Exhibit No. 1, the videotaped deposition, in the above numbered cause with the Clerk of the Court of Appeals, Fifth District of Texas no later than seven (7) days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order electronically to Vielica

Dobbins, Official Court Reporter of the 193rd Judicial District Court in Dallas County, Texas.


/s/      KEN MOLBERG
PRESIDING JUSTICE